

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2018

No. 04-18-00796-CR

Victor N. **CERVANTES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11119
Honorable Joey Contreras, Judge Presiding

# O R D E R

The Appellant's Request for Extension of Time to File an Amended Certification of Right to Appeal is GRANTED IN PART. The appellant's response is due no later than January 7, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2018.

_____
Keith E. Hottle
Clerk of Court